```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 47112
    GROVENA MCGEE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5630


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/10/2005 and was confirmed 12/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  69.91% from remaining funds.

     The case was paid in full 09/11/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CITIZENS FINANCE CO        SECURED            6700.00         385.80       6700.00
HOMECOMINGS FINANCIAL NE   CURRENT MORTG         .00             .00           .00
HOMECOMINGS FINANCIAL NE   MORTGAGE ARRE     9132.96             .00       9132.96
HSBC AUTO FINANCE          SECURED           11000.00         895.82      11000.00
HSBC AUTO FINANCE          UNSECURED OTH      816.74             .00        571.10
AMEX                       UNSECURED         NOT FILED           .00           .00
CAPITAL FIRST BANK         UNSECURED         NOT FILED           .00           .00
CHASE                      UNSECURED         NOT FILED           .00           .00
LVNV FUNDING LLC           UNSECURED          3546.97            .00       2479.83
LVNV FUNDING LLC           UNSECURED          3673.32            .00       2568.16
LVNV FUNDING LLC           UNSECURED          2978.62            .00       2082.47
CITIBANK NA                UNSECURED         NOT FILED           .00           .00
CITIBANK NA                UNSECURED         NOT FILED           .00           .00
CITIBANK NA                UNSECURED         NOT FILED           .00           .00
CITIBANK NA                UNSECURED         NOT FILED           .00           .00
COLLECTION COMPANY OF AM   UNSECURED         NOT FILED           .00           .00
HOEKSTRA HEATING           NOTICE ONLY       NOT FILED           .00           .00
DISCOVER CARD              UNSECURED         NOT FILED           .00           .00
PREMIER BANCARD CHARTER    UNSECURED           538.76            .00        376.67
HARRIS                     UNSECURED         NOT FILED           .00           .00
HARRIS                     NOTICE ONLY       NOT FILED           .00           .00
ISAC                       UNSECURED         15081.82            .00      10544.30
ILL STUDENT                UNSECURED         NOT FILED           .00           .00
ILL STUDENT                UNSECURED         NOT FILED           .00           .00
ILL STUDENT                UNSECURED         NOT FILED           .00           .00
ILL STUDENT                UNSECURED         NOT FILED           .00           .00
ILL STUDENT                UNSECURED         NOT FILED           .00           .00
ILL STUDENT                UNSECURED         NOT FILED           .00           .00
KOHLS                      UNSECURED           441.82            .00        308.89
NICOR GAS                  UNSECURED         NOT FILED           .00           .00
NICOR GAS                  UNSECURED         NOT FILED           .00           .00
SPIEGEL                    UNSECURED         NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 47112 GROVENA MCGEE
```

```
CB USA                      UNSECURED       NOT FILED              .00              .00
UNITED EDUCATIONAL CORP     UNSECURED       NOT FILED              .00              .00
ECAST SETTLEMENT CORP       UNSECURED        6114.93               .00         4275.19
B-LINE LLC                  UNSECURED         683.63               .00          477.95
ARONSON FURNITURE           NOTICE ONLY    NOT FILED               .00              .00
ARONSON FURNITURE           SECURED NOT I    266.00                .00              .00
ARONSON FURNITURE           UNSECURED        709.06                .00          495.73
GLEASON & MACMASTER         DEBTOR ATTY     1,294.00                          1,294.00
TOM VAUGHN                  TRUSTEE                                            3,507.13
DEBTOR REFUND               REFUND                                             2,678.20

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 59,774.20

PRIORITY                                              .00
SECURED                                         26,832.96
    INTEREST                                     1,281.62
UNSECURED                                       24,180.29
ADMINISTRATIVE                                   1,294.00
TRUSTEE COMPENSATION                             3,507.13
DEBTOR REFUND                                    2,678.20
                        ---------------        ---------------
TOTALS                  59,774.20               59,774.20
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 12/27/07             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE